In the Matter of Supplementary Proceedings: ELIAS GAGUNEN, Judgment Creditor, Appellant, v. GONZALO BOZA & Co., INC., and Another, Judgment Debtor, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FELIX LEHRMANN, Respondent, v. PANAMA MAIL STEAMSHIP COMPANY, INC., and Another, Defendants, Impleaded with "JOHN" PAULSEN, First Name "John" Being Fictitious, etc., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, Appellant, v. WILLARD HAWES & Co., INC., and Others, Defendants, Impleaded with AFRICAN COCOA & MAHOGANY Co., INC., and Another, Respondents.— Order denying plaintiff's motion for a further bill of particulars unanimously reversed, with ten dollars costs and disbursements to the appellant, and motion granted. Order, so far as appealed from, denying plaintiff's motion to modify the demand of defendants-respondents for a bill of particulars unanimously reversed, with ten dollars costs and disbursements to the appellant, and motion in all respects granted. Bills of particulars to be served within ten days after service of order, with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

1400 BROADWAY CORPORATION, Appellant, v. MAJESTIC AIR CONDITIONING CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARL W. RODECKER, Respondent, v. "LOUIS" S. DE BESA, Said First Name Being Fictitious, etc., Appellant.— Order unanimously reversed and motion granted on condition that defendant pay the taxable costs to date including twenty dollars costs and disbursements of this appeal to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARION C. SIMMONS, Appellant, v. GERALD SIMMONS, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANGELA H. PRICE, Appellant, v. DAVID F. PRICE, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of allowing counsel fee in the sum of twenty-five dollars. (See Fox v. Fox, 263 N. Y. 68.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS D. KASNOWITZ, Respondent, v. ELIAS KASNOWITZ and Others, Appellants. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FREDBURN CONSTRUCTION CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.